UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,                :  20-CR-52-12 (DLC)
                                         :
                                         :  ORDER
            -v-                          :
                                         :
TYRISS GWYNN,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------X

DENISE COTE, District Judge:

For the reasons set forth on the record on May 21, 2021, it is hereby

ORDERED that the defendant Tyriss Gwynn (D.O.B. 9/30/1985) is remanded to the custody of the United States Marshal's Service.

Dated:   New York, New York
         May 21, 2021

                                    _____
                                              DENISE COTE
                                    United States District Judge